NORTHWESTERN BANK v. CLARENCE EDWARD ROSEMAN AND WIFE, ANGELA B. ROSEMAN, AND DENTEX, INC.

No. 439A86

(Filed 7 April 1987)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 81 N.C. App. 228, 344 S.E. 2d 120 (1986), which reversed and remanded a final judgment entered by *Hyatt, J.,* on 18 February 1985 and a partial summary judgment entered by *Owens, J.,* on 6 February 1985 (both in MCDOWELL County) in favor of the plaintiff in an action against defendants Clarence Roseman and Dentex, Inc., to recover on an alleged personal guaranty of a note and on defendants' counterclaims for fraud, unfair and deceptive trade practices, and wrongful repossession of collateral. Heard in the Supreme Court 11 March 1987.

*Van Winkle, Buck, Wall, Starnes & Davis, by Albert L. Sneed, Jr., and Michelle Rippon, for plaintiff-appellant.*

*Goldsmith & Goldsmith, by C. Frank Goldsmith, Jr., for defendant-appellees.*

PER CURIAM.

Justices Martin and Webb took no part in the consideration or decision of this case. The remaining members of the Court being divided three to two as to all issues presented and thus there being no majority of the Court voting to either affirm or reverse, the decision of the Court of Appeals is left undisturbed and stands without precedential value.

Affirmed.

Justices MARTIN and WEBB did not participate in the consideration or decision of this case.